UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA HALL,<br><br>          Plaintiff(s),<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>          Defendant(s). | Case No. 2:15-cv-0499-RFB-NJK<br><br>ORDER GRANTING MOTION<br>TO STAY DISCOVERY<br><br>(Docket No. 15) |

Pending before the Court is Defendant's motion to stay discovery pending resolution of its motion to dismiss. *See* Docket No. 15; *see also* Docket No. 6 (motion to dismiss). Plaintiff filed a response in opposition. Docket No. 16. The Court finds the filing of a reply unnecessary. The Court also finds the matter properly resolved without oral argument. *See* Local Rule 78-2. For the reasons discussed below, the motion to stay is hereby **GRANTED**.

"The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). The case law in this District makes clear that requests to stay all discovery may be granted when: (1) the pending motion is potentially dispositive; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the

1  merits of the potentially dispositive motion and is convinced that the plaintiff will be unable to state a
2  claim for relief.  *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).[1]
3        Having reviewed the underlying motion to dismiss, the Court finds that these elements are
4  present in this case and **GRANTS** the motion to stay discovery.  If the motion to dismiss is not granted
5  in full, the parties shall file a proposed discovery plan within seven days of the issuance of the order
6  resolving the motion to dismiss.
7        IT IS SO ORDERED.
8        DATED: July 20, 2015

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge

---

[1] Conducting this preliminary peek puts the undersigned in an awkward position because the assigned district judge who will decide the motion to dismiss may have a different view of its merits.  *See Tradebay*, 278 F.R.D. at 603.  The undersigned's "preliminary peek" at the merits of that motion is not intended to prejudice its outcome.  *See id.*