# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA HALL,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　　Defendant(s). | Case No. 2:15-cv-00499-RFB-NJK<br><br>ORDER<br><br>(Docket No. 30) |

Pending before the Court is Defendant's motion to extend the discovery cutoff and subsequent deadlines. Docket No. 30. Any response to that motion was due no later than July 26, 2016, *see* Docket No. 31, but no response has been filed to date. For good cause shown, the motion is hereby **GRANTED**. The deadlines in the scheduling order are extended as follows:

- Discovery cutoff: October 3, 2016
- Dispositive motions: October 31, 2016
- Joint proposed pretrial order: November 28, 2016

IT IS SO ORDERED.

DATED: July 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge