WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA B. HALL<br>　　　　Plaintiff,<br><br>　vs.<br><br>OCWEN LOAN SERVING, LC<br>　　　　Defendant, | Case No. 2:15-cv-00499-RFB-NJK<br><br>**STIPULATION AND ORDER TO TAKE THE DEPOSITION OF CYNTHIA B. HALL OUTSIDE OF DISCOVERY**<br>**(Third Request for Extension / First Request to Take This Deposition)** |

　　　　COMES NOW, Plaintiff, Cynthia B. Hall (hereinafter" Plaintiff"), pro se, and Defendant, Ocwen Loan Servicing, LLC (hereinafter "Ocwen"), by and through its attorney of record, Natalie C. Lehman, Esq. of the law firm of Wright Finlay & Zak LLP and hereby stipulate to take the deposition of Plaintiff Cynthia B. Hall on October 6, 2016, at 2:00 p.m. In agreeing to the date of the deposition, the parties acknowledge that the continued date is outside of the discovery deadline of October 3, 2016. The reason the parties wish to take this deposition outside

/ / /

/ / /

of the discovery cut-off is to accommodate Ms. Hall's schedule. This is the parties' third request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 26th day of September, 2016.     DATED this 26th day of September, 2016

CYNTHIA B. HALL     WRIGHT, FINLAY & ZAK, LLP

*/s/ Cynthia B. Hall*_____     */s/ Natalie C. Lehman, Esq.*_____
Cynthia B. Hall     Natalie C. Lehman, Esq.
9833 Camino Loma Verde Avenue     Nevada Bar No. 12995
Las Vegas, NV 89117     7785 W. Sahara Ave, Suite 200
*Pro Se Plaintiff*     Las Vegas, Nevada 89117
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

**ORDER**     **NO FURTHER EXTENSIONS WILL BE GRANTED.**

    IT IS SO ORDERED.
Dated September 27 _____, 2016.

_____
United States Magistrate Judge

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/Natalie C. Lehman, Esq.*_____
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*