WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA B. HALL<br>        Plaintiff,<br><br>    vs.<br><br>OCWEN LOAN SERVING, LC<br>        Defendant, | Case No. 2:15-cv-00499-RFB-NJK<br><br>**AMENDMENT TO STIPULATION AND ORDER TO TAKE THE DEPOSITION OF CYNTHIA B. HALL OUTSIDE OF DISCOVERY (DKT. Nos. 35, 37)** |

    COMES NOW, Plaintiff, Cynthia B. Hall (hereinafter "Plaintiff"), and Defendant, Ocwen Loan Servicing, LLC (hereinafter "Ocwen"), by and through their attorneys of record, Natalie C. Lehman, Esq. of the law firm of Wright Finlay & Zak LLP and hereby stipulate to take the deposition of Plaintiff Cynthia B. Hall on October 11, 2016, at 4:30 p.m. This Amendment to Stipulation is being filed for the reasons outlined in Ocwen's Motion for Leave to Amend Stipulation (Dkt. No. 38) and pursuant to the Court's Order granting said motion (Dkt. No. 39).

//

//

//

//

1
2
3  DATED this 10th day of October, 2016.          DATED this 10th day of October, 2016
4
   CYNTHIA B. HALL                                 WRIGHT, FINLAY & ZAK, LLP
5
6   /s/Cynthia B. Hall                              /s/Natalie C. Lehman, Esq.
7  Cynthia B. Hall                                 Natalie C. Lehman, Esq.
   9833 Camino Loma Verde Avenue                   Nevada Bar No. 12995
8  Las Vegas, NV 89117                             7785 W. Sahara Ave, Suite 200
   *Pro Se Plaintiff*                              Las Vegas, Nevada 89117
9                                                  *Attorneys for Defendant, Ocwen Loan
10                                                 Servicing, LLC*
11                                **ORDER**
12         IT IS SO ORDERED.
13
14  Dated this 11th day of October, 2016.
15                                                 _____
16                                                 United States Magistrate Judge
    *Respectfully submitted by:*
17
18  **WRIGHT, FINLAY & ZAK, LLP**
19   /s/Natalie C. Lehman, Esq.
20  Natalie C. Lehman, Esq.
    Nevada Bar No. 12995
21  7785 W. Sahara Ave., Suite 200
    Las Vegas, Nevada 89117
22  *Attorneys for Defendant, Ocwen Loan Servicing, LLC*
23
24
25
26
27
28