WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 000050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net

LOCKE LORD LLP
Chethan Shetty *(admitted pro hac vice)*
Locke Lord LLP
111 S. Wacker Dr.
Chicago, IL 60606
312-443-1887
cshetty@lockelord.com

*Attorneys for Defendant,*
*OCWEN LOAN SERVICING, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA B. HALL, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, <br><br> Defendant. | Case No.: 2:15-CV-00499-RFB-NJK <br><br> **ORDER GRANTING OCWEN LOAN SERVICING, LLC'S MOTION TO EXPUNGE LIS PENDENS** |

Having considered the arguments of the parties and the papers submitted, the Court hereby **GRANTS** Defendant Ocwen Loan Servicing, LLC's Motion to Expunge Lis Pendens.

The Court finds that expungement is warranted pursuant to N.R.S. § 14.015, and **ORDERS** that the "Notice of Lis Pendens" recorded by the Clark County Recorder as

Instrument # 20150326-0001595 on March 26, 2015 in connection with this action is hereby expunged.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: September 29, 2017.